UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE MONTESINOS-CAMPOS,<br><br>Defendant. | Case No.: 2:15-cr- 245<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JORGE MONTESINOS-CAMPOS (ID#) 07760572 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JORGE MONTESINOS-CAMPOS** before the United States District Court at Las Vegas, Nevada, on or about ___I/A & A/P Wed: 9/2/2015  3:00 PM  NJK  3C___, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 26, 2015

_____
UNITED STATES MAGISTRATE JUDGE

```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr- 245 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JORGE MONTESINOS-CAMPOS (ID#) 07760572 |
| vs. | |
| JORGE MONTESINOS-CAMPOS, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JORGE MONTESINOS-CAMPOS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JORGE MONTESINOS-CAMPOS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JORGE MONTESINOS-CAMPOS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _I/A & A/P Wed: 9/2/2015  3:00 PM  NJK  3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JORGE MONTESINOS-CAMPOS** before the United States District Court on or about _I/A & A/P Wed: 9/2/2015  3:00 PM  NJK  3C_, at the hour of 3:00 p.m., for

1
2  arraignment and from time to time and day to day thereafter until excused by the Court has
3  been ordered by the United States Magistrate or District Judge for the District of Nevada.
4      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
5  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
6  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
7  them to produce the said **JORGE MONTESINOS-CAMPOS** before the United States District
8  Court on or about _____ I/A & A/P Wed: 9/2/2015  3:00 PM  NJK  3C _____, at the hour of 3:00 p.m., for
9  arraignment and from time to time and day to day thereafter, at such times and places as may be
10 ordered and directed by the Court entitled above, to appear before the Court, and when excused
11 by the said Court, to be returned to the custody of the Warden, Clark County Detention Center,
12 Las Vegas, Nevada.
13     DATED this 26th day of August, 2015.
14
15                          Respectfully submitted,
16                          DANIEL G. BOGDEN
                            United States Attorney
17
18                          _____
                            PHILLIP N. SMITH, JR.
19                          Assistant United States Attorney
20
21
22
23
24

2