DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:15-CR-245-JCM-NJK** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JORGE MONTESINOS-CAMPOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Defendant JORGE MONTESINOS-CAMPOS, that the date for the Government to file a response to the Defendant's Motion to Suppress (Docket #27) be extended for two (2) weeks.

This stipulation is entered for the following reasons:

1. On February 3, 2016, the Defendant filed a Motion to Suppress. *See* Docket #27. The Government's response deadline is February 17, 2016.

2. The Government is in the process of scheduling a conference with the police officers involved in the traffic stop underlying the Defendant's arrest. The Government will need to speak with said officers prior to filing its response.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Government adequate time to prepare an adequate response to the Defendant's motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: February 17, 2016.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
PAUL D. RIDDLE.
Assistant Federal Public Defender
Counsel for Defendant JORGE MONTESINOS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-CR-245-JCM-NJK** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE MONTESINOS-CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On February 3, 2016, the Defendant filed a Motion to Suppress.  *See* Docket #27. The Government's response deadline is February 17, 2016.

2. The Government is in the process of scheduling a conference with the police officers involved in the traffic stop underlying the Defendant's arrest.  The Government will need to speak with said officers prior to filing its response.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the Government adequate time to prepare an adequate response to the Defendant's motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow the Government adequate time to prepare a response, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress (Docket #27) is extended until __March 2_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
2/18/16