**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JORGE MONTESINOS-CAMPOS,<br><br>     Defendant. | Case No. 2:15-cr-00245-JCM-NJK<br><br>ORDER<br><br>(Docket No. 41) |

   Pending before the Court is Defendant's motion to withdraw his motion to suppress evidence. Docket No. 41. *See also* Docket No. 27 (motion to suppress).  The Court hereby **GRANTS** Defendant's motion.  Docket No. 41.  The motion to suppress at Docket No. 27 is withdrawn without prejudice.

   IT IS SO ORDERED.

   DATED:   April 12, 2016.

                    _____
                    NANCY J. KOPPE
                    United States Magistrate Judge